# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |

WILLIAM JOSEPH ARNOLD

Case Number: CR 00-3044-1-MWB
USM Number: 02154-029

Stuart Doran
Defendant's Attorney

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s) **listed below** of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | New Law Violation | September 13, 2007 |
| Mandatory Condition | Illegally Possessing a Controlled Substance | September 13, 2007 |
| Standard Condition #7 | Use of Illegal Drugs | September 2007 |

The defendant is sentenced as provided in pages 2 through **3** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**March 19, 2009**
Date of Imposition of Judgment

/s/ Mark W. Bennett
Signature of Judge

**Mark W. Bennett, U.S. District Court Judge**
Name and Title of Judge

3/19/09
Date

DEFENDANT: **WILLIAM JOSEPH ARNOLD**
CASE NUMBER: **CR 00-3044-1-MWB**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of: **46 months, to run concurrently with sentence in Oklahoma Case No. CF2007-201. It is noted that imposition of judgment in this matter was withheld pending the defendant's sentence in the Oklahoma Case No. CF2007-201.**

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D    (Rev. 11/07) Judgment in a Criminal Case for Revocations
            Sheet 3 — Supervised Release

DEFENDANT:      **WILLIAM JOSEPH ARNOLD**
CASE NUMBER:    **CR 00-3044-1-MWB**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :   **<u>No Supervised Release Reimposed</u>**.